THE SCHENECTADY SAVINGS BANK, Respondent, *v.* MILTON A. WERTHEIM et al., Defendants, and ELSIE S. WELLMAN, Appellant.

(Argued November 22, 1933; decided December 12, 1933.)

*W. W. Wemple, Jr.*, for appellant.
*Edwin E. Miller* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.